UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC d/b/a WABASH NATIONAL FINANCIAL SERVICES,<br><br>Plaintiff,<br>v.<br><br>TRUCK & TRAILER GROUP LLC, GT EXPRESS, INC., GHEORGHI TURCANU, TIRE HOUSE, INC. and WAREHOUSE STORAGE, LLC,<br><br>Defendants. | Case No. 1:24-cv-9410 |

**NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC identifies its affiliates as follows:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. There is no parent corporation or publicly held corporation that owns 5% or more of PNC Financial Services Group, Inc.

|  |  |
|---|---|
|  | PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC d/b/a WABASH NATIONAL FINANCIAL SERVICES |
| Dated: October 3, 2024 | By: /s/ C. Randall Woolley_____<br>C. Randall Woolley<br>Darcy & Devassy PC<br>444 N. Michigan Ave, Suite 3270<br>Chicago, IL 60611 |

Tel: (312) 784-2400
Fax; (312) 784-2410
rwoolley@darcydevassy.com